UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD E. HOLCOMBE, | CIVIL ACTION |
| Plaintiff | NUMBER |
| versus | |
| | SECTION |
| CAVALRY SPV I, LLC and | |
| ABC INSURANCE COMPANY | MAGISTRATE |
| Defendants | **JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **COMPLAINT**

NOW INTO COURT through undersigned counsel comes the plaintiff, Chad E. Holcombe, who asserts the following claims.

1.

This is an action for damages and other relief resulting from violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692o (the "FDCPA"), which prohibits debt collectors from engaging in deceptive, abusive, and unfair debt collection practices.

**JURISDICTION AND VENUE**

2.

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).  Venue is proper in the Eastern District of Louisiana, which is the judicial district wherein a substantial part of the events relevant to the claims made herein occurred.  This court has jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

1

## PARTIES

3.

Plaintiff, Chad E. Holcombe, is a person of full age of majority domiciled in Tangipahoa Parish, Louisiana.

4.

Defendant, Cavalry SPV I, LLC, is a Delaware limited liability company that is registered and doing business in the state of Louisiana.

5.

Cavalry SPV I, LLC is a "debt collector" as defined at 15 U.S.C. § 1692a(6).

6.

ABC Insurance Company is the fictitious name of an insurance provider that has issued a policy of insurance in favor of the defendant, which policy covers the claims made herein. ABC Insurance Company is liable *in solido* with the defendant pursuant to the Louisiana Direct Action Statute, La. Rev. Stat. Ann. § 22:1269.

## FACTS

7.

On May 13, 2014, Cavalry filed a lawsuit against Holcombe in *Cavalry SPV I, LLC v. Chad E. Holcombe*, Hammond City Court, Parish of Tangipahoa, Docket No. 1-1405-0054. The suit sought to collect a post-surrender deficiency balance allegedly owed on loan for a recreational vehicle originated by Capital One, N.A. Holcombe had used the vehicle for personal, family, or household purposes prior to surrender. Cavalry sued as an assignee of the loan.

8.

The territorial jurisdiction of the Hammond City Court does not include Holcombe's residence at 28472 Cameo Court, Ponchatoula, LA 70454.

9.

The territorial limits of the Hammond City Court are clearly spelled out on the home page of its website at http://www.citycourt.org.

10.

Upon being served with the lawsuit filed in Hammond, Holcombe retained an attorney to defend him.  The attorney determined that the suit was filed in an incorrect venue, and filed an exception of improper venue and lack of territorial jurisdiction.

11.

The exceptions were served on Cavalry through its collection law firm in Baton Rouge, Louisiana, which filed the petition.  Nobody showed up to represent Cavalry when the exceptions were called for hearing on October 7, 2014, and after hearing the arguments of Holcombe's counsel, the Court  sustained the exceptions and dismissed the suit.

12.

Cavalry was forum shopping when it decided to sue Holcombe in Hammond City Court, instead of in the 21st Judicial District Court for the Parish of Tangipahoa, which was the court of proper venue.

13.

As a result of Cavalry's actions, Holcombe sustained actual damages including, but not limited to:

--Financial losses, including court filing fees paid in the defense of the suit,

--Mental distress, anxiety, inconvenience, and

--Other damages for which he should be compensated in amounts to be proven at trial.

## FDCPA VIOLATIONS

14.

The express purpose of the Fair Debt Collection Practices Act ("FDCPA") is to eliminate abusive debt collection practices by debt collectors, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged. 15 U.S.C. § 1692(e).

15.

Cavalry violated the FDCPA, 15 U.S.C. 1692i, by filing a legal action on a debt in a court of improper venue, with territorial limits in which the consumer neither resided nor signed the contract sued upon.

## INSURER LIABILITY

16.

ABC Insurance Company has issued a policy of insurance in favor of the defendant, which policy covers the claims made herein. ABC Insurance Company is liable *in solido* with Cavalry pursuant to the Louisiana Direct Action Statute, La. Rev. Stat. Ann. § 22:1269.

## JURY DEMAND

17.

Plaintiff demands a trial by jury.

**WHEREFORE**, plaintiff prays for a judgment in his favor and against the defendant and its insurers jointly, severally, and in solido, for:

(a)	Actual and additional damages under 15 U.S.C. §§ 1692k(a)(1) and 1692k(a)(2)(A).

(b)	Costs and reasonable attorney fees under 15 U.S.C. § 1692k(a)(3).

(c)	Interest.

(d)	All other relief appropriate in the premises.


Respectfully submitted,

/s/ Steve R. Conley
Steve R. Conley  (LSBA #21246)
321 N. Vermont Street, Suite 210
Covington, LA  70433
Tel: 985-892-7222  FAX: 985-590-5838
consumerlawyer1@gmail.com